

## United States District Court
### EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America
vs.
Jose Guadalupe Espino, Jr.

Case No. 1:17-CR-00142-DAD-BAM-2

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jose Espino_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jose Espino_     1-16-18            _Ryan Beckwith_         1-16-18
Signature of Defendant    Date       Pretrial Services Officer Services    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                 1/16/18
Signature of Assistant United States Attorney                Date
Vincenza Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                 1-16-18
Signature of Defense Counsel                                 Date
Christopher Martens

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  1/17/18  .
[ ] The above modification of conditions of release is *not* ordered.

_Sheila K. Oberto_                                          1/17/18
Signature of Judicial Officer                                Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services