McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

                    v.

JOSE GUADALUPE ESPINO, JR.,

                              Defendant.

CASE NO. 1:17-CR-00142-DAD-BAM

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
FINDINGS AND ORDER

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This matter was originally set for change of plea on April 15, 2019.

2.      At the April 15, 2019 hearing, the defendant and the government agreed to continue the matter to May 20, 2019. The government and the defense agree to exclude time between April 15, 2019, and May 20, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that all of the discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to consult with his client and to discuss potential resolutions with his client.

1

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2019 to May 20, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

IT IS SO STIPULATED.


Dated: April 16, 2019                        McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ VINCENZA RABENN
                                             VINCENZA RABENN
                                             Assistant United States Attorney


Dated: April 16, 2019                        /s/ PETER MICHAEL JONES
                                             PETER MICHAEL JONES
                                             Counsel for Defendant
                                             JOSE GUADALUPE ESPINO,
                                             JR.


**FINDINGS AND ORDER**

Pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], the time period of April 15, 2019 to May 20, 2019 is excluded.

IT IS SO ORDERED.

Dated:   **April 16, 2019**        _____
                                   UNITED STATES DISTRICT JUDGE