| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC**<br>265 E. River Park Circle, Suite 310 |
| 2 | Fresno, California 93720<br>Telephone: (559) 233-4800 |
| 3 | Facsimile: (559) 233-9330 |
| 4 | Peter M. Jones, Esq. SBN# 105811 |
| 5 | Attorneys for: Defendant, Jose Guadalupe Espino |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00142-DAD |
|---|---|
| Plaintiff(s), | **STIPULATION TO CONTINUE THE SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND ORDER THEREON** |
| v. | |
| JOSE GUADALUPE ESPINO | |
| Defendant(s). | |

Defendant, JOSE GUADALUPE ESPINO, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Vincenza Rabenn, **HEREBY STIPULATE** that the Sentencing Hearing for Mr. Espino in the above entitled matter **now set for September 3, 2019 at 10:00 a.m. be rescheduled to be heard on October 7, 2019 at 10:00 a.m.** pending approval and order of the court.

Dated: August 14, 2019  Respectfully Submitted,

By: /s/ PETER M. JONES_____
PETER M. JONES, Attorney for
Defendant, Jose Guadalupe Espino

Dated: August 14, 2019  MCGREGOR W. SCOTT, U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE

By: /s/ VINCENZA RABENN_____
VINCENZA RABENN,
Assistant U.S. Attorney

**DECLARATION OF PETER M. JONES**

I Peter M. Jones, declare as follows: Mr. Espino's current sentencing date is on September 3, 2019. Unanticipated circumstances have rendered that date difficult for me to effectively represent my client. I have discussed a brief continuance of that date with the United States Attorney, Vincenza Rabenn, who is handling the case for the government. Ms. Rabenn was understanding of my situation and agreed to stipulate to continue Mr. Espino's sentencing to October 7, 2019 at 10:00 a.m.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2019, at Fresno California.

/s/ Peter M. Jones
Peter M. Jones

**ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Sentencing Hearing for Defendant, Jose Guadalupe Espino, currently set on September 3, 2019 at 10:00, be continued to October 7, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 14, 2019**__   _____
UNITED STATES DISTRICT JUDGE